UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ST. LOUIS COUNTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:15CV770 CEJ |
| ) | |
| CAROL JOHNSON and CARL JOHNSON, ) | |
| ) | |
| Defendants, ) | |

## MEMORANDUM AND ORDER

Defendants move for reconsideration of the May 20, 2015 order remanding this criminal prosecution to state court. Defendants did not meet the requirements for removal under 28 U.S.C. § 1443. This action was properly remanded under 28 U.S.C. § 1455(b)(4).

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion for reconsideration [ECF No. 9] is **DENIED**.

Dated this 17th day of June, 2015.

CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE